UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

                Plaintiff,

    -against-

COURT OF APPEALS, *et al.*,

               Defendants.

20-CV-5355 (CM)

CIVIL JUDGMENT

    Pursuant to the order issued July 17, 2020, denying Plaintiff's application to proceed *in forma pauperis*,

    IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's application to proceed *in forma pauperis* is denied. (ECF 1.)

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    Plaintiff has consented to electronic service of Court documents. (ECF 3.)

SO ORDERED.

Dated:  July 17, 2020
           New York, New York

                                  COLLEEN McMAHON
                               Chief United States District Judge